IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| **RAMON CEJA,** § § **Plaintiff,** § § § **v.** § § **FARMLAND FOODS, INC. &** § **SMITHFIELD FARMLAND CORP.** § § **Defendant.** § | CAUSE NO. 18-cv-1104 |

## DEFENDANT'S NOTICE OF REMOVAL

Defendant Smithfield Fresh Meats Corp. f/k/a Smithfield Farmland Corp. f/k/a Farmland Foods, Inc. ("Smithfield") files this Notice of Removal of the case filed by Plaintiff Ramon Ceja in the Circuit Court of the Ninth Judicial Circuit, Warren County, Illinois bearing cause number 2017-L-0006 (the "State Court Action"), because Plaintiff's claims arise, in part, under the laws of the United States pursuant to 28 U.S.C. §§ 1331 and 1441.  In support thereof, Defendant respectfully shows the Court the following:

### I.
#### FACTUAL BACKGROUND

Plaintiff alleges that he was subjected to disability discrimination harassment in violation of the Americans with Disabilities Act.  There is no validity to Plaintiff's claims.  Plaintiff was hired by Smithfield in December 2010 and terminated in April 2011 after the company learned he lied on his employment application.

### II.
#### COMPLIANCE WITH LOCAL RULES AND 28 U.S.C. § 1446(a)

Pursuant to Local Rule 11.3 and 28 U.S.C. § 1446(a), this Notice of Removal is

accompanied by copies of the following:

    (a)    an original of the notice of removal with a copy of each of the following attached to the original:

        (i)    an index of all documents that clearly identifies each document and indicates the date the document was filed in the State Court Action (Exhibit A);

        (ii)    a copy of each document filed in the State Court Action arranged in chronological order according to the state court file date (Exhibits B-1 to B-2); and

    (b)    all process, pleadings, and orders served on Defendant (Exhibits B1 and B2).

## III.
## The Parties

According to the Plaintiff's allegations contained in his complaint, Plaintiff is a citizen of the state of Illinois. Defendant is a Delaware company with hits principle place of business in Virginia.

## IV.
## THE STATE COURT ACTION

On November 17, 2017, Plaintiff filed the State Court Action, in which he alleges that he was discriminated against and terminated in violation of the Americans with Disabilities Act. Plaintiff alleges that he suffered lost wages, compensatory damages, including mental anguish, punitive damages and attorney's fees. Plaintiff has not made a jury demand in his Complaint.

Defendant executed a waiver of service of summons on February 9, 2018 and it was filed that same day in the State Court Action. Defendant has not yet filed its Answer to Plaintiff's Complaint. This case is being removed within thirty (30) days of Defendant's receipt of

Plaintiffs' Petition in accordance with 28 U.S.C. § 1446(b) and Federal Rule of Civil Procedure 6.

## V.
### REMOVAL BASED ON FEDERAL QUESTION JURISDICTION

Removal is proper because Plaintiff's Petition in the State Court Action raises a federal question. *See* 28 U.S.C. § 1441(b). The State Court Action is removable pursuant to 28 U.S.C. § 1441(b) because it originally could have been brought in this Court under the Court's original jurisdiction under 28 U.S.C. § 1331. Plaintiff purports to assert causes of action under the Americans with Disabilities Act; thus, the State Court Action arises under the laws of the United States. *See* 28 U.S.C. § 1331.

## VI.
### VENUE IS PROPER

Venue is proper in this district pursuant to 28 U.S.C. § 1441(a) because this district and division embrace the place in which the removed action was pending.

## VII.
### STATE COURT NOTICE OF REMOVAL

In accordance with 28 U.S.C. § 1446(d), Defendant is serving written notice of this Notice of Removal to all adverse parties promptly after its filing and will promptly file a copy of this Notice of Removal with the Clerk of the Circuit Court of the Ninth Judicial Circuit, Warren County, Illinois.

## VIII.
### PRAYER

Pursuant to these statutes and in conformance with the requirements set for in 28 U.S.C. § 1446, Defendant Smithfield Fresh Meats Corp. f/k/a Smithfield Farmland Corp. d/b/a/

Farmland Foods, Inc. hereby removes this action from the Circuit Court of the Ninth Judicial Circuit, Warren County, Illinois on this 12th day of March, 2018.

Respectfully submitted,

By: */s/ Mary Kathryn Curry*
Mary Kathryn Curry
**POLSINELLI PC**
150 N. Riverside Plaza, Suite 3000
Chicago, Illinois 60606
Telephone: (312) 819-1900
Facsimile: (312) 819-1910
mcurry@polsinelli.com

Sheri L. Caldwell **(*pro hac vice pending*)**
Texas Bar # 24038798
**HUNTON & WILLIAMS LLP**
1445 Ross Avenue, Suite 3700
Dallas, Texas 75202
Telephone: (214) 979-3000
Facsimile: (214) 880-0011
Email: scaldwell@hunton.com

**ATTORNEYS FOR SMITHFIELD PACKAGED MEAT CORP.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to counsel of record via certified mail, return receipt requested on this 12th day of March, 2018 as follows:

> Kelsey A.W. Marquard
> O'Brien & Marquard, PLC
> 2322 E. Kimberly Road, Suite 100E
> Davenport, Iowa 52807
> Email: kawm@emprights.com

*/s/ Mary Kathryn Curry*
Mary Kathryn Curry