E-FILED
Monday, 12 March, 2018 04:53:20 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| RAMON CEJA, | § § § | |
| Plaintiff, | § § § § | |
| v. | § § | CAUSE NO. _____ |
| FARMLAND FOODS, INC. & SMITHFIELD FARMLAND CORP. | § § § § | |
| Defendant. | § | |

**INDEX OF STATE COURT PLEADINGS FILED**

| No. | Description | Date Filed |
|---|---|---|
| 1. | Complaint | November 17, 2017 |
| 2. | Waiver of Service of Summons | February 9, 2018 |

**INDEX OF STATE COURT DOCUMENTS - Page 1**
27120.016028 EMF_US 68735143v1