IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DIVISION OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| RAMON CEJA,<br><br>       Plaintiff,<br><br>v.<br><br>FARMLAND FOODS, INC. &<br>SMITHFIELD FARMLAND CORP.,<br><br>       Defendants. | Case No. 18-cv-1104<br><br><br><br>STIPULATION OF DISMISSAL |

COME NOW the parties through counsel and stipulate that this case should be dismissed with prejudice, each party to bear its own fees and costs.

Respectfully submitted.

/S/Dorothy A. O'Brien
Dorothy A. O'Brien #ATT0005877

/S/Kelsey A. W. Marquard
Kelsey A. W. Marquard, #AT0011433
2322 E. Kimberly Road, Suite 100E
Davenport, IA 52807
(563)355-6060  Telephone
(563)355-6666  Facsimile
dao@emprights.com  Email
kawm@emprights.com  Email

ATTORNEYS FOR PLAINTIFF RAMON CEJA

*/S/Alan Marcuis*
Alan Marcuis
HUNTON ANDREWS KURTH LLP
Fountain Place
1445 Ross Avenue, Ste 3700
Dallas, TX 75202
amarcuis@untonAK.com

*/S/Mary Kathryn Curry*
Mary Kathryn Curry
POLSINELLI PC
150 N. Riverside Plaza, Suite 3000
Chicago, Illinois 60606
mcurry@polsinelli.com

ATTORNEYS FOR DEFENDANTS